**Order entered April 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00346-CV

### ESTATE OF JERRY WAYNE PARKS, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-236-3**

## ORDER

We **GRANT** appellant's April 16, 2015 notice of request for supplementation of the reporter's record as follows: We **ORDER** Mona Lisa Richard, Official Court Reporter for the Probate Court No. 3 of Dallas County, to file, by **MAY 8, 2015**, the reporter's record from the October 3, 2014 hearing. Appellant's brief will be due **THIRTY DAYS** after the requested reporter's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Mona Lisa Richard and all counsel of record.

/s/     ELIZABETH LANG-MIERS
JUSTICE